OFFICE OF DISCIPLINARY COUNSEL *v.* CORDOVA.

[Cite as *Disciplinary Counsel v. Cordova* (1993), 67 Ohio St.3d 25.]

(No. 92–2192—Submitted February 10, 1993—Decided August 4, 1993.)

*J. Warren Bettis,* Disciplinary Counsel, and *Karen B. Hull,* Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

———————

*Per Curiam.* We concur in the findings of misconduct by the board. However, we differ with the board's recommendation. We order instead that respondent be publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

WRIGHT, J., dissenting. I would follow the recommendation of the Board of Commissioners on Grievances and Discipline and suspend respondent from the practice of law for one year, with six months suspended upon condition that respondent not be found in violation of any other Disciplinary Rules for three years.

MOYER, C.J., concurs in the foregoing dissenting opinion.